John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA MILLER,<br>    Plaintiff,<br><br>   vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:24-cv-01352-SB<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

  Based upon the stipulation of the parties, it is hereby ORDERED that pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $1,418.80 shall be awarded to Plaintiff.  If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr.  Defendant shall mail the check to Plaintiff's attorney at: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

  There are no other costs or expenses to be paid herein.

DATED: January 28, 2025

                   _____
                   Hon. Stacie F. Beckerman
                   U.S. Magistrate Judge