IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA MILLER, | Case No. 1:24-cv-01352-SB |
| Plaintiff, | |
| vs. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $10,697.25. Counsel may retain the $1,418.80 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $9,278.45 due to counsel. Commissioner will deduct from the balance of $9,278.45 an administrative assessment pursuant to 42 USC § 406(d), and pay Plaintiff's counsel the remainder.

DATED this   10th day of April, 2026   .

_____
HON. STACIE F. BECKERMAN
U.S. Magistrate Judge

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

Page 1    ORDER